# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0158

_____

DENISE SPARKS,

Appellant,

v.

FORREST SOLUTIONS/EVEREST
NATIONAL INSURANCE COMPANY,

Appellees.

_____

On appeal from the Office of the Judges of Compensation Claims.
Mark A. Massey, Judge.

Date of Accident: July 1, 2022.

July 31, 2024

PER CURIAM.

AFFIRMED.

B.L. THOMAS, RAY, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Donald J. Magee of Magee Law Firm, P.A., New Port Richey, for Appellant.

Mary Frances Nelson of Eraclides Gelman, Fort Myers, for Appellees.